UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:13-cv-60136-DMM

ODORSTAR TECHNOLOGY, LLC,
a Florida Limited Liability Company, and
STAR BRITE DISTRIBUTING, INC., a
Florida corporation,

       Plaintiffs,

v.

SMM DISTRIBUTORS LLC,
a California Limited Liability Company d/b/a
BIOCIDE SYSTEMS; SPENCER BLUA, an
individual; and JUAN CARLOS BASELLI,
an individual,

       Defendants.
_____/

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Odorstar Technology, LLC and Star-Brite Distributing, Inc. (collectively, "plaintiffs") herein respond to Spencer Blua and Juan Carlos Baselli's (collectively, "defendants") Motion to Dismiss for Lack of Personal Jurisdiction and/or Failure to State a Claim [DE 27] by moving the Court for Leave to file an Amended Complaint to address the alleged deficiencies raised by defendants in their motion. As good cause for its motion, plaintiffs state as follows:

Fed. R. Civ. P. 15(a)(1)(B) provides that "a party may amend its pleading once as a matter of course within…21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." However, defendants filed their motion on May 31, 2013, nine days after the Court Order deadline of May 20, 2013 to amend the pleadings and to join parties. See [DE 26]. Thus, out of an abundance of caution, and with

1

intent to minimize judicial resources and time with briefing of defendants' motion, plaintiffs have attached an Amended Complaint (see Exhibit 1), without concession that its original Complaint was insufficiently pled, to directly address the issue raised by defendants in their motion.  In particular, plaintiffs have clarified the allegations against the individual defendants to expressly recite that defendants had knowledge of the Patent-in-Suit and had the requisite intent to infringe it.

Plaintiffs have not joined any additional defendants or counts in their amended Complaint, thus there should be no prejudice to defendants.  Moreover, plaintiffs have further amended the Complaint to remove Star-Brite Distributing, Inc. as a party and to add a party, namely, Kinpak, Inc., which has an exclusive license under the '661 Patent to manufacture the patented product and would be prejudiced if not allowed to join in this lawsuit. Plaintiffs timely filed this motion in response to the defendants' Motion to Dismiss and do not believe any additional modifications to the scheduling order to be necessary to accommodate plaintiffs' Amended Complaint.

For the foregoing reasons, plaintiffs believe good cause exists to modify the existing schedule order to permit plaintiffs to file its Amended Complaint and respectfully request the Court grant its motion.

Certification under Local Rule 7.1(a)(3)

Undersigned counsel conferred with counsel for defendants to discuss whether defendants would consent to plaintiffs filing an Amended Complaint to address issues raised in defendants' Motion to Dismiss but could not reach an agreement on the issue.

Date: June 7, 2013                                By:     *s/ Garrett A. Barten*
                                                         Garrett A. Barten, Esq.
                                                         gbarten@cwiplaw.com
                                                         Florida Bar No. 55371
                                                         John Christopher, Esq.
                                                         jchristopher@cwiplaw.com
                                                         Florida Bar No. 493465
                                                         CHRISTOPHER & WEISBERG, P.A.
                                                         200 East Las Olas Boulevard, Suite 2040
                                                         Fort Lauderdale, Florida 33301
                                                         (954) 828-1488 (Telephone)
                                                         (954) 828-9122 (Facsimile)
                                                         *Attorneys for Plaintiff,*
                                                         *ODORSTAR TECHNOLOGY, LLC and*
                                                         *STAR-BRITE DISTRIBUTING, INC.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2013, a true and correct copy of the foregoing, Motion for Leave to File Amended Complaint was filed electronically with the Clerk of Court via CM/ECF which will notify all parties on the attached service list.

*s/ Garrett A. Barten*
Garrett Barten, Esq.

## Service List
### *CASE NO.: 0:13-cv-60136-DMM*

James W. Middleton, Esq.
Smith, Gambrell & Russell, LLP
Bank of America Tower
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
***Via CMECF***

Edward Pennington, Esq.
Sean Phelan, Esq.
Smith, Gambrell & Russell, LLP
1055 Thomas Jefferson Street NW
Suite 400
Washington, DC 20007
***Via CMECF***

475287_2