**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-60136-CIV-MIDDLEBROOKS/BRANNON**

ODORSTAR TECHNOLOGY, LLC and
KINPAK, INC.,

      Plaintiffs,

vs.

SMM DISTRIBUTORS, LLC d/b/a
BIOCIDE SYSTEMS and SMM
MANUFACTURING, INC.,

      Defendants.

_____/

**FINAL JUDGMENT**

For the reasons set forth in the Court's Order granting Defendants' Motion for Summary Judgment, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and is **ENTERED** in favor of Defendants SMM Distributors, LLC, d/b/a Biocide Systems, and SMM Manufacturing, Inc. and against Plaintiffs Odorstar Technology, LLC and Kinpak, Inc.

It is further hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _27_ day of January, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record