# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1417

**ODORSTAR TECHNOLOGY LLC, KINPAK,**

*Plaintiffs - Appellants*



v.

**SMM DISTRIBUTORS LLC, SMM MANUFACTURING, INC.,**

*Defendants - Appellees*

Appeal from the United States District Court for the Southern District of Florida in case no. 0:13-cv-60136-DMM United States District Judge Donald M. Middlebrooks

## MANDATE

In accordance with the judgment of this Court, entered January 08, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

        FOR THE COURT

        /s/ Daniel E. O'Toole

        Daniel E. O'Toole
        Clerk of Court

cc: Clerk of Court, Southern District of Florida (West Palm Beach)
Patrick Joseph Coyne
John P. Moy
Edward A. Pennington
Sean Phelan

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ODORSTAR TECHNOLOGY LLC,** AND **KINPAK,**
*Plaintiffs-Appellants,*

v.

**SMM DISTRIBUTORS LLC,** AND **SMM MANUFACTURING, INC.,**
*Defendants-Appellees.*

---

2014-1417

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:13-cv-60136-DMM, Judge Donald M. Middlebrooks.

---

**JUDGMENT**

---

PATRICK J. COYNE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of New York, New York, argued for plaintiff-appellants.

EDWARD A. PENNINGTON, Smith, Gambrell & Russell, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were JOHN P. MOY and SEAN T.C. PHELAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 8, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |